UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DEMOS P. DEMOPOULOS, LOUIS
ABRAMSON and ROBERT PARTIZIO, as
Trustees and Fiduciaries of the LOCAL 584
PENSION TRUST FUND,

and

DEMOS P. DEMOPOULOS, LOUIS
ABRAMSON and ROBERT PATRIZIO, as
Trustees and Fiduciaries of the LOCAL 584
WELFARE TRUST FUND,

and

DEMOS P. DEMOPOULOS,
DANIEL J. GATTO and LAWRENCE CUOMO,
as Trustees and Fiduciaries of the MILK
INDUSTRY OFFICE EMPLOYEES PENSION
TRUST FUND,

Plaintiffs,

-against-

SWEET CLOVER FARMS, INC.,

Defendant.

------------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 3 0 2017 ★

BROOKLYN OFFICE

**ORDER**

15 CV 6148 (RJD) (CLP)

DEARIE, District Judge:

By Report and Recommendation dated September 1, 2016, ECF No. 26, Magistrate Judge

Pollak recommends that plaintiffs' motion for entry of a default judgment be granted, and that

plaintiffs be awarded the following damages from defendant: (1) $163,018.04 in unpaid

contributions; (2) $36,380.04 in interest that accrued through the date of the Report and

Recommendation; (3) $36,380.04 in liquidated damages; (4) $11,412.00 in attorney's fees and

costs; and (5) any additional interest that accrues from the date of the Report and

Recommendation through the entry of judgment, along with post-judgment interest, pursuant to 28 U.S.C. § 1961.

The deadline for filing objections to the Report and Recommendation has passed, and no objections have been filed. The Court has reviewed the Report and Recommendation and, having found no clear error, adopts it in its entirety.

The Clerk of Court is directed to prepare Judgment in accordance with the Report and Recommendation.


SO ORDERED.


Dated: Brooklyn, New York
September 30, 2016

/S/ Judge Raymond J. Dearie
_____
RAYMOND J. DEARIE
United States District Judge